H. Nelson Brown, Respondent, *v.* Edgar A. Newell, Appellant.

*Brown* v. *Newell*, 132 App. Div. 548, affirmed.
(Argued October 6, 1910, decided November 22, 1910.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 15, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover upon a written agreement.

*Vasco P. Abbott* for appellant.

*D. B. Lucey* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Werner, Willard Bartlett, Hiscock and Chase, JJ. Not voting: Vann, J.